IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JIMMY BARFIELD,                )
                               )
            Plaintiff,         )         8:16CV22
                               )
      v.                       )
                               )
KERMIT R. ENGH, FASHION        )         ORDER
CLEANERS and DOES 1-5,         )
INCLUSIVE,                     )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on the motion of Roy L. Landers of the Landers Law Group, PC, to withdraw as counsel for plaintiff (Filing No. 17).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; Roy L. Landers of the Landers Law Group, PC, is deemed withdrawn as counsel for plaintiff.  The clerk of court shall remove his name from CM/ECF.

DATED this 26th day of August, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court