IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIMMY BARFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV22 |
| | ) | |
| v. | ) | |
| | ) | |
| KERMIT R. ENGH, FASHION CLEANERS and DOES 1-5, INCLUSIVE, | ) ) ) | ORDER AND JUDGMENT |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the joint stipulated dismissal (Filing No. 28). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that this action is dismissed with prejudice, each party to bear its own attorney fees and costs. All other pending motions are denied as moot.

DATED this 30th day of January, 2017.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court